UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY A. TATE, | ) | Case No. CV 11-6776 VBF(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TERRY GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: 8-26-11

_Valerie Baker Fairbank_
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE